Oral counsel B?B?
pro Hac. w/+ Ben-oc

RECVD 05 APR '12 16:32 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

2010-1 CRE Venture, LLC

Civil Case No. 3:12-CV-00597-HA

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Plaintiff(s),

v.

Shilo Office Campus, LLC

Defendant(s).

Attorney John Du Wors _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Du Wors         John         D.
      (Last Name)   (First Name)  (MI)   (Suffix)
Firm or Business Affiliation: Newman Du Wors LLP
Mailing Address: 1201 3rd Ave Ste 1600
City: Seattle         State: WA    Zip: 98101
Phone Number: (206) 274-2800    Fax Number: (206) 274-2801
Business E-mail Address: duwors@newmanlaw.com

46293

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 10/20/03, 33987
California, 12/01/04, 233913

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern WA, 12/1/06; Western WA, 3/2/04; Central CA, 12/27/04;
Western WI, 2010; Northern CA, 2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 2,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
2010-1 CRE Venture, LLC

(6)     CM/ECF REGISTRATION:

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 3rd day of April 2012

*(Signature of Pro Hac Counsel)*

John Du Wors
*(Typed Name)*

### CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 3rd day of April, 2012

*(Signature of Local Counsel)*

Name: Alterman     Susan     T.
        *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Oregon State Bar Number: 870815
Firm or Business Affiliation: Kell, Alterman & Runstein, L.L.P.
Mailing Address: 520 SW Yamhill, Suite 600
City: Portland     State: Oregon     Zip: 97204
Phone Number: 503-222-3531     Business E-mail Address: salterman@kelrun.com

---

### COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 9 day of April, 2012

_____
Judge

---

U.S. District Court–Oregon     Application for Special Admission - *Pro Hac Vice*
Revised February 17, 2011     Page 3 of 3