1  SUSAN T. ALTERMAN, OSB No. 870815
2  MATTHEW C. ELLIS, OSB No. 075800
   Kell, Alterman & Runstein, LLP
3  520 S.W. Yamhill, Suite 60
   Portland, OR  97204
4

5  John Du Wors (pro hac vice)
   Newman Du Wors LLP
6  1201 Third Avenue, Suite 1600
   Seattle, WA  98101
7

8  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT,
DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| 2010-1 CRE VENTURE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHILO OFFICE CAMPUS, LLC, an Oregon limited liability company; MARK S. HEMSTREET, an Oregon resident,<br><br>Defendants. | NO. 12-cv-00597-HA<br><br>**PLAINTIFF 2010-1 CRE VENTURE, LLC RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff 2010-1 CRE VENTURE, LLC ("CRE Venture") makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1.

2010-1 CRE VENTURE, LLC is a Delaware limited liability company, and it is a citizen of California, the District of Columbia and Delaware. It is owned in part by ColFin Axle Funding, LLC, a Delaware limited liability company, and in part by the Federal Deposit Insurance Corporation. Colfin Axle Funding, LLC is a citizen of Delaware, District of Columbia and California. No publicly-held corporation owns 10% or more of the stock of 2010-1 CRE VENTURE, LLC.

---

PL.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 1    NEWMAN | DU WORS    1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

Dated this 18th day of April, 2012.

        Respectfully Submitted,

**NEWMAN DU WORS LLP**

By:   /s/ John Du Wors
      John Du Wors (*admitted pro hac vice*)

Attorneys for Plaintiff 2010-1 CRE VENTURE, LLC

PL.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2

**NEWMAN | DU WORS**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800