

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | April 19, 2012 |
| Case Number: | 3:12−cv−00597−HO |
| Case Title: | 2010−1 CRE Venture, LLC v. Shilo Office Campus, LLC et al |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Ancer L. Haggerty to the Honorable Michael R. Hogan, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Jill Wright
                                Telephone: (541) 431−4103
                                Email: jill_wright@ord.uscourts.gov

    Docket Information:    Deborah DesJardins
                                Telephone: (503)326−8290
                                Email: deborah_desjardins@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Hogan's initials (HO) will replace the previous judge's initials in this case.

                                                         **MARY L. MORAN,**
                                                         **Clerk of Court**

cc:    Judge Hogan
        Counsel of Record